UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| TINA MOLITOR | CIVIL ACTION NO. 07-1064 |
| JONATHAN MOLITOR | |
| VS. | JUDGE DOHERTY |
| HOMESITE INSURANCE CORP. | MAGISTRATE JUDGE METHVIN |

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiffs allege that Hurricane Rita caused wind and rain damage to plaintiffs' residence. Removal documents show that plaintiffs seek to recover damages of $54,000.00 in repair costs plus additional damages for living expenses, mental anguish, delay, and penalties, costs, and attorneys fees.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on November 7, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)